IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIFESTAR RESPONSE CORPORATION, )<br>)<br>    Plaintiff,    )<br>v.    )<br>)<br>MILDRED LEMUEL ET AL    )<br>)<br>    Defendant    ) | CASE NO. 2:05-cv-1013-F |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 27th day of October, 2005.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE