AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *31 JANuary 2006* |
| NAME OF SERVER *(PRINT)* *Loyd L. Anderson* | TITLE | *Investigator* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *4133 Rosa L. Parks Ave. Montgomery, AL. 36105*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *31 Jan. 2006*     *Loyd L Anderson*
           Date               Signature of Server

*PO Box 11315*
*Birmingham, AL. 35202*
    Address of Server    *205 250-5252*

**RETURNED AND FILED**

**FEB - 2 2006**

**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ ALABAMA, _____    MONTGOMERY DIVISION

LIFESTAR RESPONSE CORPORATION

## SUMMONS IN A CIVIL ACTION

V.
MILDRED LEMUEL, et al.

CASE NUMBER:  CV- 2 : 05cv1013 . F

TO: (Name and address of Defendant)

Mildred Lemuel, individually and as the purported Administratrix of the
Estate of Darnell Eugene Lemuel
c/o Timothy C. Halstrom
Attorney at Law
4170 Lomac Street
Montgomery, AL  36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Anderson
Waller Lansden Dortch & Davis, LLC
1901 Sixth Avenue North, Suite 1900
AmSouth/Harbert Plaza
Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK                                              DATE    10 / 21 / 05

(By) DEPUTY CLERK