AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 31, 2006  12:15 PM |
| NAME OF SERVER (PRINT) Don Edwards | TITLE Process Server |

RECEIVED 2006 FEB -3 A 9:48

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Address provided is an Empty Apartment, all units being razed

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

Signature of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, MONTGOMERY DIVISION__

LIFESTAR RESPONSE CORPORATION

V.

MILDRED LEMUEL, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV- 2:05cv1013 F

TO: (Name and address of Defendant)

Peggy Jo Lemuel
c/o Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Anderson
Waller Lansden Dortch & Davis, LLC
1901 Sixth Avenue North, Suite 1900
AmSouth/Harbert Plaza
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                10/21/05

CLERK                                           DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | RECEIVED |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 31, 2006 12:15 PM | 2006 FEB -8 A 9:49 |
| NAME OF SERVER *(PRINT)* Don Edwards | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:  Address provided is an Empty Apartment
   All units being razed

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2-2__
          Date

Signature of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, MONTGOMERY DIVISION

LIFESTAR RESPONSE CORPORATION

V.

MILDRED LEMUEL, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV- 2:05cv1013-F

TO: (Name and address of Defendant)

Cyndal Annette Provenzano
c/o Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Anderson
Waller Lansden Dortch & Davis, LLC
1901 Sixth Avenue North, Suite 1900
AmSouth/Harbert Plaza
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    10/21/05

CLERK    DATE

(By) DEPUTY CLERK