AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10 February 2006 |
| NAME OF SERVER (PRINT) Loyd L. Anderson | TITLE Investigator |

**RECEIVED** 2006 FEB 16 A 11: 31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2091 Lilac Lane Decatur, Georgia 30032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10 February 2006    Loyd L. Anderson
              Date                  Signature of Server

PO Box 11315
Birmingham, AL. 35202
*Address of Server*

205-250-5252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Original*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____ALABAMA, MONTGOMERY DIVISION____

LIFESTAR RESPONSE CORPORATION

**Alias SUMMONS IN A CIVIL ACTION**

V.

MILDRED LEMUEL, et al.

CASE NUMBER:  CV- 2:05cv1013-F

TO: (Name and address of Defendant)

Peggy Jo Lemuel
c/o Richard H. Gill
Copeland, Farnco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Anderson
Waller Lansden Dortch & Davis, LLC
1901 Sixth Avenue North, Suite 1400
AmSouth/Harbert Plaza
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    2-8-06

CLERK                                                  DATE

*Charlene Campbell*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  10 February 2006 |
| NAME OF SERVER *(PRINT)*  Loyd L. Anderson | TITLE  Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Peggy Jo Lemuel

☐ Returned unexecuted:

☐ Other (specify):

RECEIVED
2006 FEB 16 A 11: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10 February 2006        Loyd L. Anderson
                Date                    Signature of Server

P O Box 11315
Birmingham, AL. 35202
Address of Server

205 250 - 5252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Original

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      ALABAMA, MONTGOMERY DIVISION

LIFESTAR RESPONSE CORPORATION

**Alias SUMMONS IN A CIVIL ACTION**

V.

MILDRED LEMUEL, et al.

CASE NUMBER:   CV- 2:05cv1013-F

TO: (Name and address of Defendant)

Cyndal Annette Provenzano
c/o Richard H. Gill
Copeland, Farnco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Anderson
Waller Lansden Dortch & Davis, LLC
1901 Sixth Avenue North, Suite 1400
AmSouth/Harbert Plaza
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                2-8-06

CLERK                                            DATE

Charlene Campbell

(By) DEPUTY CLERK