IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIFESTAR RESPONSE CORPORATION,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NO. 2:05-CV-1013-WKW |
| ) | |
| MILDRED LEMUEL, *et al.,*   ) | |
| ) | |
| Defendants. | |

# **O R D E R**

Upon consideration of defendant Mildred Lemuel's Motion to Dismiss (Doc. # 13) filed on February 21, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on March 23, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 16, 2006. The defendant may file a reply brief on or before March 23, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this 28th day of February, 2006.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE