IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIFESTAR RESPONSE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1013-WKW |
| | ) |
| MILDRED LEMUEL, *et al.,* | ) |
| | ) |
| Defendants. | |

# **O R D E R**

Upon consideration of Motion to Dismiss (Doc. # 11) of defendants Peggy Jo Lemuel, Jacinta Lemuel Bender and Cyndal Annette Provenzano filed on February 21, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on March 23, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 16, 2006. The defendant may file a reply brief on or before March 23, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this 28th day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE