IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LIFESTAR RESPONSE CORPORATION,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    Case No.: 2:05-CV-1013-WKW<br>) |
| **MILDRED LEMUEL,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

### NOTICE OF DISMISSAL

Comes Now, Lifestar Response Corporation, by and through its undersigned counsel of record and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby stipulates that the above-styled action is dismissed without prejudice, each party to bear its own costs.

　　　　　　　　　　　　　　　　　　/s/ David B. Anderson
　　　　　　　　　　　　　　　　　　David B. Anderson
　　　　　　　　　　　　　　　　　　Ryan K. Cochran
　　　　　　　　　　　　　　　　　　Attorneys for Lifestar Response Corporation

OF COUNSEL:

WALLER, LANSDEN, DORTCH & DAVIS, LLP
AmSouth-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL  35203
Phone:    205-214-6380
Fax:        205-214-8787

.0

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice of Dismissal has been duly served upon counsel of record electronically and/or by mailing same by United States mail, properly addressed and postage prepaid, to the following:

Mr. Timothy Halstrom
Attorney at Law
4162 Carmichael Court
Montgomery, AL  36106

Mr. C. Nelson Gill
Mr. Richard H. Gill
Mr. John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street
P.O. Box 347
Montgomery, AL  36101-0347


This the __14th__ day of March, 2006.


                                              /s/ David B. Anderson
                                              Of Counsel