**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 15, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Lifestar Response Corporation vs. Mildred Lemuel
     Civil Action No. 2:05cv1013-WKW

Pursuant to the Notice of Dismissal without prejudice filed by the plaintiff on March 14, 2006, this case has been closed and removed from the docket of this court.